

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COMMERCIALIZADORA PORTIMEX S.A. DE C.V.** | * | **CIVIL ACTION** |
| | * | **NO.: 02-1185** |
| **VERSUS** | * | **SECTION: "R"** |
| **ZEN-NOH GRAIN CORPORATION** | * | Judge Sarah S. Vance |
| | * | |
| | * | **MAG. (1)** |
| * * * * * * * * * | * | Mag. Sally Shushan |

## <u>O R D E R</u>

Considering the foregoing Exparte Motion to Reopen Case filed on behalf of defendant Zen-Noh Grain Corporation;

IT IS HEREBY ORDERED that the above numbered and styled case is hereby reopen and the Clerk is requested to obtain the original record from storage.

New Orleans, Louisiana, this 24th day of May, 2005.

_____
**SARAH S. VANCE, U.S. DISTRICT JUDGE**

```
___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____
```