FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 MAY 25  AM 11:42

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **COMMERCIALIZADORA PORTIMEX S.A. DE C.V.** | * | **CIVIL ACTION** |
| | * | **NO.: 02-1185** |
| **VERSUS** | * | **SECTION: "R"** |
| **ZEN-NOH GRAIN CORPORATION** | * | **Judge Sarah S. Vance** |
| | * | **MAG. (1)** |
| | * | **Mag. Sally Shushan** |
| * * * * * * * * * | | |

## MOTION FOR ORAL ARGUMENT

MAY IT PLEASE THE COURT:

If the Court entertains a hearing on the Motion for Preliminary and Permanent Injunction, Zen-Noh Grain Corporation ("Zen-Noh") requests that it be granted oral argument in that there are substantial issues that are involved in this litigation which the Court may wish counsel to address.



Respectfully submitted:

_____
JAMES G. BURKE, JR., T.A. (#3676)
PAUL N. VANCE (#13007)
BURKE & MAYER
1100 Poydras Street, Suite 2000
New Orleans, Louisiana 70163-2000
Telephone: (504) 569-2900
Attorneys for Zen-Noh Grain Corporation
(154679)

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing pleading has been served upon the following opposing counsel of record in this matter **BY HAND** this 25th day of May, 2005:

Christopher O. Davis, Esq.
Phelps Dunbar LLP
Canal Place - Suite 2000
365 Canal Street
New Orleans, LA   70130-6534

_____
JAMES G. BURKE, JR.