

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COMMERCIALIZADORA PORTIMEX,                CIVIL ACTION
S.A. DE CV

VERSUS                                     NO: 02-1185

ZEN-NOH GRAIN CORPORATION                  SECTION: "R" (1)

### ORDER AND REASONS

Defendant Zen-Noh Grain Corporation has moved to hold plaintiff Commercializadora Portimex, S.A. de CV in contempt for failing to comply with this Court's judgment of June 7, 2005, in which the Court preliminarily and permanently enjoined Portimex from pursuing an action it filed against Zen-Noh in Mexico. Zen-Noh requests that the Court hold Portimex in contempt because Portimex has not dismissed the action and because Zen-Noh risks being held in default by the Mexican court if it does not expend significant resources to prepare and file an answer.

A movant in a civil contempt proceeding bears the burden of establishing by clear and convincing evidence that: 1) a court order was in effect; 2) the order required certain conduct by the respondent; and 3) the respondent failed to comply with the



court's order. *American Airlines v. Allied Pilots Ass'n*, 228 F.3d 574, 581 (2000). Portimex argues that the Court's order enjoined it from pursuing the Mexican litigation but did not order it to take any affirmative steps to dismiss the litigation. Because there is no evidence that Portimex has taken any action to pursue the Mexican litigation in contravention of the Court's order, Portimex is not in contempt.

Portimex has not, however, disputed Zen-Noh's assertion that Zen-Noh risks being held in default by the Mexican court unless Zen-Noh expends significant resources to answer the complaint, regardless of whether Portimex complies with the Court's order that it not pursue the action. The Court directed Portimex, in its opposition to Zen-Noh's motion, to address why the Court should not amend the injunction to order Portimex to dismiss the lawsuit it filed in Mexico. Portimex has given no reason why the Court should not do so.

Accordingly, the Court hereby amends the judgment it previously issued to order Portimex to dismiss with prejudice the action it filed in the Sixth District Court for Civil Matters of the Federal District of the United Mexican States, entitled *Comercializadora Portimex, S.A. de C.V. vs Zen-Noh Grain (Export) Division of Zen-Noh Grain Corporation* by Tuesday, June 28, 2005.

New Orleans, Louisiana, this 21st day of June, 2005.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE