

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

COMMERCIALIZADORA PORTIMEX           CIVIL ACTION
S.A. DE CV

VERSUS                                NO: 02-1185

ZEN-NOH GRAIN CORPORATION             SECTION: "R" (1)


### AMENDED JUDGMENT

Considering the Court's order and reasons on file herein,

IT IS ORDERED, ADJUDGED, AND DECREED that Commercializadora Portimex, S.A. de C.V. and its principals and agents are preliminarily and permanently enjoined from pursuing the action filed in the Sixth District Court for Civil Matters of the Federal District of the United Mexican States, entitled *Comercializadora Portimex, S.A. de C.V. vs Zen-Noh Grain (Export) Division of Zen-Noh Grain Corporation* and are further ordered to dismiss the action with prejudice by Tuesday, June 28, 2005.

New Orleans, Louisiana, this 21st day of June, 2005.

SARAH S. VANCE
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.